UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __06/22/06__

To: Clerk's Office                                  ATTN: ( ) CIVIL
    Richard H. Chambers U.S. Court of
    Appeals Building                            (xx) CRIMINAL
    125 South Grand Avenue
    Pasadena, CA 9110                           ( )JUDGE


From: Shari Fuhrer
    U.S. District Court
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513


DC No: __3:03-cr-00171-JKS__                        Appeal No: __05-30286__

Short title: __USA v Chavez__

Composition of Record

Clerk's Files in __17__ volumes  (xxx) original  ( ) certified copy

    Bulky docs. __1__ volumes, docket # __extra copies of 1st superseding indictment__
    (folders)

Reporter's in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:   in _____ envelopes   ( ) under seal

       in _____ boxes       ( ) under seal

Other: **NOTE: 11 SEALED VOLUMES**
    **Document 1185-1210 are electronic and available through PACER**
    **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)


Acknowledgement: _____  Date: _____

"record.app" [11/21/97]